# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ABBOTT, EUGENE A § Case No. 16-38606 JSB
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 12/07/2016 . The case was converted to one under Chapter 7 on 01/20/2017 . The undersigned trustee was appointed on 01/26/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   1,094,534.12

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 21,489.03 |
| Bank service fees | 1,229.28 |
| Other payments to creditors | 631,301.52 |
| Non-estate funds paid to 3rd Parties | 9,518.06 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 430,996.23 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/17/2017 and the deadline for filing governmental claims was 06/05/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 38,375.74 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 38,375.74 , for a total compensation of $ 38,375.74 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.91 , for total expenses of $ 2.91 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2017              By: /s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 16-38606 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | ABBOTT, EUGENE A | | | Date Filed (f) or Converted (c): | 01/20/17 (c) |
| | | | | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 07/20/17 | | | Claims Bar Date: | 05/17/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 315 TORRINGTON DR BLOOMINGDALE IL 60108-0000 | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. 1917 ALAWEO HONOLULU HI 96821-0000 | 2,000,000.00 | 0.00 | | 1,000,000.00 | FA |
| 3. 2002 LEXUS 430 MILEAGE: 160000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. GENERAL ITEMS OF HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. GENERAL ITEMS OF WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 7. PALATINE BANK | 50,000.00 | 0.00 | | 94,534.12 | FA |
| 8. CONSOLIDATED FINANCIAL SERVICES | 100,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,444,950.00 | $0.00 | $1,094,534.12 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of assets completed; ordered entered employing accountant on 5/26/17; awaiting tax returns; TFR to follow June 08, 2017, 09:22 am

Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 12/31/18

/s/   GINA B. KROL
_____  Date: 07/20/17
GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 16-38606 -JSB |
| Case Name: | ABBOTT, EUGENE A |
| Taxpayer ID No: | *******0148 |
| For Period Ending: | 07/20/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8002 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/17 | 7 | EUGENE ABBOTT | | 1129-000 | 94,534.12 | | 94,534.12 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.58 | 94,452.54 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.88 | 94,316.66 |
| 05/10/17 | | BEVERLY ABBOTT | overpayment from buyer | 1180-000 | 9,518.06 | | 103,834.72 |
| | | | Bank Serial #: | | | | |
| 05/15/17 | 030001 | CITY & COUNTY OF HONOLULU | Property taxes 2016 | 8500-000 | | 5,518.06 | 98,316.66 |
| | | Division of Treasury | PIN: RP1-3-5-070-015-0000-000 | | | | |
| | | P.O. Box 4200 | | | | | |
| | | Honolulu, HI 46812-4200 | | | | | |
| 05/15/17 | 030002 | BUREAU OF CONVEYANCES | conveyance taxes | 8500-000 | | 4,000.00 | 94,316.66 |
| | | 1151 Punchbowl Street | | | | | |
| | | Honolulu, HI 96813 | | | | | |
| 05/18/17 | | BEVERYL ABBOTT | SALE OF HOME IN HI | | 347,209.45 | | 441,526.11 |
| | | | Bank Serial #: | | | | |
| | 2 | BEVERYL ABBOTT | Memo Amount: 1,000,000.00 | 1110-000 | | | |
| | | | SALE OF HOME IN HI | | | | |
| | | LESLIE ABBOTT | Memo Amount: ( 631,301.52 ) | 4110-000 | | | |
| | | | JUDGMENT LIEN | | | | |
| | | | Memo Amount: ( 11,970.97 ) | 3210-000 | | | |
| | | | LEGAL FEES | | | | |
| | | | Memo Amount: ( 5,518.06 ) | 2820-000 | | | |
| | | | PROPERTY TAX | | | | |
| | | | Memo Amount: ( 4,000.00 ) | 2820-000 | | | |
| | | | CONVEYANCE TAX | | | | |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 377.18 | 441,148.93 |
| 06/26/17 | 030004 | LES & GARY ABBOTT | OVERPAYMENT FROM BUYERS FOR TAXES | 1180-000 | -9,518.06 | | 431,630.87 |
| * 06/26/17 | 030003 | BEVERLY ABBOTT | OVERPAYMENT FROM BUYERS FOR TAXES | 8500-003 | | 9,518.06 | 422,112.81 |
| * 06/26/17 | 030003 | BEVERLY ABBOTT | OVERPAYMENT FROM BUYERS FOR TAXES | 8500-003 | | -9,518.06 | 431,630.87 |

Page Subtotals 441,743.57 10,112.70

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-38606 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ABBOTT, EUGENE A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8002 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0148 | | | |
| For Period Ending: | 07/20/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 634.64 | 430,996.23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 1,000,000.00 | COLUMN TOTALS | 441,743.57 | 10,747.34 | 430,996.23 |
| | Memo Allocation Disbursements: | 652,790.55 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 441,743.57 | 10,747.34 | |
| | Memo Allocation Net: | 347,209.45 | Less: Payments to Debtors | | 9,518.06 | |
| | | | Net | 441,743.57 | 1,229.28 | |
| | | | | | | NET |
| | Total Allocation Receipts: | 1,000,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 652,790.55 | Checking Account (Non-Interest Earn - ********8002) | 441,743.57 | 1,229.28 | 430,996.23 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | Total Memo Allocation Net: | 347,209.45 | | 441,743.57 | 1,229.28 | 430,996.23 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 634.64

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00c

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 20, 2017 |
|---|---|---|---|---|---|---|

Case Number:  16-38606  
Debtor Name:  ABBOTT, EUGENE A  

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $38,375.74 | $38,375.74 |
| 001<br>2200-00 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2.91 | $2.91 |
| ADMIN<br>001<br>3410-00 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $2,344.50 | $2,344.50 |
| ADMIN<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Administrative | | $0.00 | $4,167.30 | $4,167.30 |
| 000001<br>050<br>4120-00 | Leslie Abbott<br>Gary Abbott<br>653 Walnut Oaks Drive<br>Roselle, IL 60172 | Secured | | $0.00 | $601,318.84 | $631,301.52 |
| 000002<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | (2-1) unsecured claim | $0.00 | $3,008.36 | $3,008.36 |
| 000003<br>070<br>7100-00 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsecured | (3-1) Sam's Club MC or GEMB or GECRB | $0.00 | $100.00 | $100.00 |
| 999<br>8200-00 | EUGENE A ABBOTT<br>315 TORRINGTON DR<br>BLOOMINGDALE, IL  60108 | Unsecured | | $0.00 | $0.00 | $382,977.12 |
| | Case Totals: | | | $0.00 | $649,317.65 | $1,062,277.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-38606 JSB
Case Name: ABBOTT, EUGENE A
Trustee Name: GINA B. KROL

    Balance on hand    $    430,996.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Leslie Abbott<br>Gary Abbott<br>653 Walnut Oaks Drive<br>Roselle, IL 60172 | $ 601,318.84 | $ 631,301.52 | $ 631,301.52 | $ 0.00 |

    Total to be paid to secured creditors    $    0.00

    Remaining Balance    $    430,996.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 38,375.74 | $ 0.00 | $ 38,375.74 |
| Trustee Expenses: GINA B. KROL | $ 2.91 | $ 0.00 | $ 2.91 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,105.50 | $ 0.00 | $ 4,105.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 61.80 | $ 0.00 | $ 61.80 |
| Accountant for Trustee Fees: ALAN LASKO | $ 2,313.50 | $ 0.00 | $ 2,313.50 |
| Accountant for Trustee Expenses: ALAN LASKO | $ 31.00 | $ 0.00 | $ 31.00 |

    Total to be paid for chapter 7 administrative expenses    $    44,890.45

    Remaining Balance    $    386,105.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,108.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | $ 3,008.36 | $ 0.00 | $ 3,008.36 |
| 000003 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | $ 100.00 | $ 0.00 | $ 100.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,108.36 |

    Remaining Balance                 $_____382,997.42_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.8 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 20.30 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 382,977.12 .