IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **GERALD BAUER, JR.** | ) | No. 14 B 21603 |
| **MARIE BAUER** | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 21, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                                             BY:/s/ <u>Gina B. Krol</u>
                                                                          Ch 7 Bankruptcy Trustee