IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **EUGENE ABBOTT,** | ) | No. 16 B 38606 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**AMENDED PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on August 21, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300

BY:/s/ Gina B. Krol
Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing          Cohen & Krol                           PRA Receivables Management, LLC
0752-1                                    105 W. Madison Street                  PO Box 41021
Case 16-38606                             Suite 105                              Norfolk, VA 23541-1021
Northern District of Illinois             Chicago, IL 60602-4600
Chicago
Mon Aug 21 14:22:12 CDT 2017

U.S. Bankruptcy Court                     1051 Perimeter Dr                      Eugene Lau
Eastern Division                          Suite 400                              1188 Bishop
219 S Dearborn                            Schaumburg, IL 60173-5853              Honolulu, HI 96813-3301
7th Floor
Chicago, IL 60604-1702

Gary J Abott and Leslie Abbott            Leslie Abbott                          Synchrony Bank
1051 Perimeter Dr                         Gary Abbott                            c/o PRA Receivables Management, LLC
Suite 400                                 653 Walnut Oaks Drive                  PO Box 41021
Schaumburg, IL 60173-5853                 Roselle, IL 60172-2200                 Norfolk VA 23541-1021

Wells Fargo Bank, N.A.                    Eugene A Abbott                        Gary Abbott
PO Box 10438                              315 Torrington Dr                      653 Walnut Oaks Drive
Des Moines, IA  50306-0438                Bloomingdale, IL 60108-3006            Roselle, Il 60172-2200

Gina B Krol                               James M Kelly                          Leslie Abbott
Cohen & Krol                              Law Offices of James Kelly             653 Walnut Oaks Drive
105 West Madison St Ste 1100              119 North Northwest Highway            Roselle, IL 60172-2200
Chicago, IL 60602-4600                    Palatine, IL 60067-5324

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synchrony Bank                         (u)Alan D Lasko                        (u)James M Kelly
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021
```

End of Label Matrix
Mailable recipients    15
Bypassed recipients     3
Total                  18

UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
ABBOTT, EUGENE A § Case No. 16-38606 JSB
 §
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/22/2017 in Courtroom 240,

        Kane County Courthouse
        100 S. Third Street
        Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/21/2017          By: Gina B. Krol
                                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ABBOTT, EUGENE A § Case No. 16-38606 JSB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,094,534.12 |
| and approved disbursements of | $ | 663,537.89 |
| leaving a balance on hand of[1] | $ | 430,996.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Leslie Abbott<br>Gary Abbott<br>653 Walnut Oaks Drive<br>Roselle, IL 60172 | $ 601,318.84 | $ 631,301.52 | $ 631,301.52 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 430,996.23 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 38,375.74 | $ 0.00 | $ 38,375.74 |
| Trustee Expenses: GINA B. KROL | $ 2.91 | $ 0.00 | $ 2.91 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,105.50 | $ 0.00 | $ 4,105.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: Cohen & Krol | $ 61.80 | $ 0.00 | $ 61.80 |
| Accountant for Trustee Fees: ALAN LASKO | $ 2,313.50 | $ 0.00 | $ 2,313.50 |
| Accountant for Trustee Expenses: ALAN LASKO | $ 31.00 | $ 0.00 | $ 31.00 |

Total to be paid for chapter 7 administrative expenses      $      44,890.45

Remaining Balance      $      386,105.78

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,108.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Wells Fargo Bank, N.A. PO Box 10438 Des Moines, IA 50306-0438 | $ 3,008.36 | $ 0.00 | $ 3,008.36 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | $ 100.00 | $ 0.00 | $ 100.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,108.36 |
| Remaining Balance | $ 382,997.42 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.8 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 20.30 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 382,977.12 .

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.