UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ABBOTT, EUGENE A § Case No. 16-38606 JSB
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 375,000.00 *(Without deducting any secured claims)* | Assets Exempt: 19,950.00 |
| Total Distributions to Claimants: 634,430.18 | Claims Discharged Without Payment: 590,000.00 |
| Total Expenses of Administration: 67,608.76 | |

3) Total gross receipts of $ 1,094,534.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 392,495.18 (see **Exhibit 2**), yielded net receipts of $ 702,038.94 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 590,000.00 | $ 1,232,620.36 | $ 1,262,603.04 | $ 631,301.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,608.76 | 67,608.76 | 67,608.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 590,000.00 | 3,108.36 | 3,108.36 | 3,128.66 |
| **TOTAL DISBURSEMENTS** | $ 1,180,000.00 | $ 1,303,337.48 | $ 1,333,320.16 | $ 702,038.94 |

4) This case was originally filed under chapter 13 on 12/07/2016 , and it was converted to chapter 7 on 01/20/2017 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2017           By:/s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1917 ALAWEOHONOLULU HI 96821-0000 | 1110-000 | 1,000,000.00 |
| PALATINE BANK | 1129-000 | 94,534.12 |
| Non-Estate Receipts | 1180-000 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,094,534.12** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| EUGENE A ABBOTT | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 382,977.12 |
| BUREAU OF CONVEYANCES | Non-Estate Funds Paid to Third Parties | 8500-000 | 4,000.00 |
| CITY & COUNTY OF HONOLULU | Non-Estate Funds Paid to Third Parties | 8500-000 | 5,518.06 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 392,495.18** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gary J Abott and Leslie Abbott 1051 Perimeter Dr Suite 400 Schaumburg, IL 60173 | | 590,000.00 | NA | NA | 0.00 |
| | LESLIE ABBOTT | 4110-000 | NA | 631,301.52 | 631,301.52 | 631,301.52 |
| 000001 | LESLIE ABBOTT | 4120-000 | NA | 601,318.84 | 631,301.52 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 590,000.00 | $ 1,232,620.36 | $ 1,262,603.04 | $ 631,301.52 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 38,375.74 | 38,375.74 | 38,375.74 |
| KROL, GINA B. | 2200-000 | NA | 2.91 | 2.91 | 2.91 |
| ASSOCIATED BANK | 2600-000 | NA | 1,229.28 | 1,229.28 | 1,229.28 |
| CONVEYANCE TAX | 2820-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| PROPERTY TAX | 2820-000 | NA | 5,518.06 | 5,518.06 | 5,518.06 |
| COHEN & KROL | 3110-000 | NA | 2,737.00 | 2,737.00 | 2,737.00 |
| KROL, GINA B. | 3110-000 | NA | 1,368.50 | 1,368.50 | 1,368.50 |
| COHEN & KROL | 3120-000 | NA | 61.80 | 61.80 | 61.80 |
| LEGAL FEES | 3210-000 | NA | 11,970.97 | 11,970.97 | 11,970.97 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN LASKO | 3410-000 | NA | 2,313.50 | 2,313.50 | 2,313.50 |
| ALAN LASKO | 3420-000 | NA | 31.00 | 31.00 | 31.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 67,608.76 | $ 67,608.76 | $ 67,608.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gary J Abott and Leslie Abbott 1051 Perimeter Dr Suite 400 Schaumburg, IL 60173 | | 590,000.00 | NA | NA | 0.00 |
| 000003 | SYNCHRONY BANK | 7100-000 | NA | 100.00 | 100.00 | 100.00 |
| 000002 | WELLS FARGO BANK, N.A. | 7100-000 | NA | 3,008.36 | 3,008.36 | 3,008.36 |
| | SYNCHRONY BANK | 7990-000 | NA | NA | NA | 0.65 |
| | WELLS FARGO BANK, N.A. | 7990-000 | NA | NA | NA | 19.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 590,000.00 | $ 3,108.36 | $ 3,108.36 | $ 3,128.66 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-38606   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ABBOTT, EUGENE A | Date Filed (f) or Converted (c): | 01/20/17 (c) |
| | | 341(a) Meeting Date: | 02/21/17 |
| For Period Ending: | 09/30/17   (1st reporting period for this case) | Claims Bar Date: | 05/17/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 315 TORRINGTON DR BLOOMINGDALE IL 60108-0000 | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. 1917 ALAWEO HONOLULU HI 96821-0000 | 2,000,000.00 | 0.00 | | 1,000,000.00 | FA |
| 3. 2002 LEXUS 430 MILEAGE: 160000 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. GENERAL ITEMS OF HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. GENERAL ITEMS OF WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 7. PALATINE BANK | 50,000.00 | 0.00 | | 94,534.12 | FA |
| 8. CONSOLIDATED FINANCIAL SERVICES | 100,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $2,444,950.00          $0.00          $1,094,534.12          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of assets completed; ordered entered employing accountant on 5/26/17; awaiting tax returns; TFR to follow June 08, 2017, 09:22 am

Initial Projected Date of Final Report (TFR): 12/31/18     Current Projected Date of Final Report (TFR): 12/31/18


/s/     GINA B. KROL
_____     Date: 11/08/17
GINA B. KROL

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 16-38606 -JSB |
| Case Name: | ABBOTT, EUGENE A |
| Taxpayer ID No: | *******0148 |
| For Period Ending: | 09/30/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8002 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/17 | 7 | EUGENE ABBOTT | | 1129-000 | 94,534.12 | | 94,534.12 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 81.58 | 94,452.54 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 135.88 | 94,316.66 |
| 05/10/17 | | BEVERLY ABBOTT | overpayment from buyer | 1180-000 | 9,518.06 | | 103,834.72 |
| | | | Bank Serial #: | | | | |
| 05/15/17 | 030001 | CITY & COUNTY OF HONOLULU | Property taxes 2016 | 8500-000 | | 5,518.06 | 98,316.66 |
| | | Division of Treasury | PIN: RP1-3-5-070-015-0000-000 | | | | |
| | | P.O. Box 4200 | | | | | |
| | | Honolulu, HI  46812-4200 | | | | | |
| 05/15/17 | 030002 | BUREAU OF CONVEYANCES | conveyance taxes | 8500-000 | | 4,000.00 | 94,316.66 |
| | | 1151 Punchbowl Street | | | | | |
| | | Honolulu, HI  96813 | | | | | |
| 05/18/17 | | BEVERYL ABBOTT | SALE OF HOME IN HI | | 347,209.45 | | 441,526.11 |
| | | | Bank Serial #: | | | | |
| | 2 | BEVERYL ABBOTT | Memo Amount:     1,000,000.00 | 1110-000 | | | |
| | | | SALE OF HOME IN HI | | | | |
| | | LESLIE ABBOTT | Memo Amount:  (    631,301.52 ) | 4110-000 | | | |
| | | | JUDGMENT LIEN | | | | |
| | | | Memo Amount:  (     11,970.97 ) | 3210-000 | | | |
| | | | LEGAL FEES | | | | |
| | | | Memo Amount:  (      5,518.06 ) | 2820-000 | | | |
| | | | PROPERTY TAX | | | | |
| | | | Memo Amount:  (      4,000.00 ) | 2820-000 | | | |
| | | | CONVEYANCE TAX | | | | |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 377.18 | 441,148.93 |
| 06/26/17 | 030004 | LES & GARY ABBOTT | OVERPAYMENT FROM BUYERS FOR TAXES | 1180-000 | -9,518.06 | | 431,630.87 |
| * 06/26/17 | 030003 | BEVERLY ABBOTT | OVERPAYMENT FROM BUYERS FOR TAXES | 8500-003 | | 9,518.06 | 422,112.81 |
| * 06/26/17 | 030003 | BEVERLY ABBOTT | OVERPAYMENT FROM BUYERS FOR TAXES | 8500-003 | | -9,518.06 | 431,630.87 |
| | | | Page Subtotals | | 441,743.57 | 10,112.70 | |

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 16-38606 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ABBOTT, EUGENE A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8002 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0148 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 634.64 | 430,996.23 |
| 09/21/17 | 030005 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 2100-000 | | 38,375.74 | 392,620.49 |
| 09/21/17 | 030006 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 2200-000 | | 2.91 | 392,617.58 |
| 09/21/17 | 030007 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 1,368.50 | 391,249.08 |
| 09/21/17 | 030008 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 2,737.00 | 388,512.08 |
| 09/21/17 | 030009 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 61.80 | 388,450.28 |
| 09/21/17 | 030010 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Final Distribution | | | 2,344.50 | 386,105.78 |
| | | | Fees          2,313.50 | 3410-000 | | | |
| | | | Expenses         31.00 | 3420-000 | | | |

Page Subtotals    0.00    45,525.09

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2          Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 16-38606 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ABBOTT, EUGENE A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8002 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0148 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/17 | 030011 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Final Distribution | | 3,028.01 | 383,077.77 |
| | | | Claim   3,008.36   7100-000<br>Interest  19.65     7990-000 | | | |
| 09/21/17 | 030012 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Final Distribution | | 100.65 | 382,977.12 |
| | | | Claim   100.00    7100-000<br>Interest  0.65      7990-000 | | | |
| 09/21/17 | 030013 | EUGENE A ABBOTT<br>315 TORRINGTON DR<br>BLOOMINGDALE, IL 60108 | Final Distribution   8200-002<br>Surplus Funds | | 382,977.12 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,000,000.00 | | COLUMN TOTALS | 441,743.57 | 441,743.57 | 0.00 |
| Memo Allocation Disbursements: | 652,790.55 | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 441,743.57 | 441,743.57 | |
| Memo Allocation Net: | 347,209.45 | | Less: Payments to Debtors | | 392,495.18 | |
| | | | Net | 441,743.57 | 49,248.39 | |
| Total Allocation Receipts: | 1,000,000.00 | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 652,790.55 | | Checking Account (Non-Interest Earn - *******8002) | 441,743.57 | 49,248.39 | 0.00 |
| Total Memo Allocation Net: | 347,209.45 | | | 441,743.57 | 49,248.39 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      386,105.78

Ver: 20.00e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-38606 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | ABBOTT, EUGENE A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8002  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0148 | | |
| For Period Ending: | 09/30/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 20.00e

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*